UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RENDELL DEWS,

    *Plaintiff*,

v.

UNITED STATES OF AMERICA,

    *Defendant.*

Civil Action No. 20-2767 (CJN)

## **NOTICE OF SUGGESTION OF DEATH**

Defendant the United States of America, by and through undersigned counsel, suggests upon the record, pursuant to Federal Rule of Civil Procedure 25(a), the death of Plaintiff Rendell Dews. Defendant states as follows:

1. Plaintiff contends that a Unity Health Care provider, Dr. April Chin, deviated from the standard of care during the treatment of Plaintiff's foot on October 22, 2019. *See* ECF No. 1, Compl.

2. On November 7, 2023, the undersigned counsel held a telephone call with one of Defendant's proposed witnesses, Dr. Renee Carter-Perpall, a physician at Unity Health Care, where Plaintiff received care on October 22, 2019.

3. During the November 7, 2023, telephone call, Dr. Carter-Perpall indicated that she had recently reviewed Plaintiff's medical file, which revealed that Plaintiff died on September 6, 2023.

4. Prior to the November 7, 2023, telephone call with Dr. Carter-Perpall, the undersigned counsel was not aware that Plaintiff had died on September 6, 2023.

5. On November 7, 2023, the undersigned located an obituary for Plaintiff, confirming that Plaintiff died on September 6, 2023. *See* Attachment A.

Dated: November 7, 2023
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Dedra S. Curteman*
DEDRA S. CURTEMAN
IL Bar #6279766
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street N.W.
Washington, DC 20530
(202) 252-2550
dedra.curteman@usdoj.gov

STEPHEN M. DEGENARO
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-7229
stephen.degenaro@usdoj.gov

*Attorneys for the United States of America*