# Attachment A



☰  Legacy®  🔍

Dews / Rendell Dews

# Rendell "Redds" Dews



Send Flowers

✕

| Obituary | Guest Book (1) |

**FUNERAL HOME**  Ronald Taylor II Funeral Home - Washington D.C.
1722 N. Capitol St. NW

Send Flowers                                                                                         

View more records for Dews on Ancestry.com®
Sponsored

## Rendell Dews Obituary
Obituary published on Legacy.com by Ronald Taylor II Funeral Home - Washington D.C. on Sep. 13, 2023.

Rendell Emmanuel Dews, even better known as "Redds," (or "Sport Life" and "Tuffy" on his more adventurous days) decided to give his barber's chair a rest and explore the great beyond on September 6, 2023. Born on ▇▇▇▇▇▇▇, in Washington D.C., he spent most of his life making the capital city a little more beautiful one haircut at a time. His creativity was boundless, both in his barbering profession and as a photographer. As a diehard Washington Commanders fan, Rendell was often heard saying, "Winning isn't everything--but wanting to win is," a quote by the great Vince Lombardi that encapsulated his courageous spirit.

Rendell was known for his quick wit and funny nature. He could make a joke out of anything, a trait that made his barber shop the go-to spot for good laughs and fresh fades. His compassionate nature always made his customers feel like they were sitting down with a friend. Rendell's love, however, was not confined to his barber shop. He also had an immense love for his family and children. It's been said that "A man's true wealth is the good he does in the world to his children." By that measure, Rendell was a multi-billionaire.

Surviving Rendell is his very own "Magnificent Seven" - his children. Strijah, Reneka, Renesha, Rendell, Tyray, Darius, Jac'quya, Ja'Beon, and Renetta Hill, his beloved sister. His parents, Ferdinand III and Deloris Beale, preceded him in death and we're sure they're thrilled to have their funny, compassionate, creative, and courageous son back in their loving arms.

As Rendell once said during a particularly intense Commanders game, "The game of life is a lot like football. You have to tackle your problems, block your fears, and score your points when you get the opportunity." We invite friends and family to share your memories and upload photos on Rendell's memorial page. Let's continue to celebrate the life of this extraordinary man who lived every day like it was fourth and goal.

To plant trees in memory, please visit the Sympathy Store.

**Dews Pages**
See more records on Ancestry®

## Memories and Condolences for Rendell Dews



What is your first memory of Rendell?

Add Photos

Continue →

Not sure what to say?
See Suggestions

1 Entry

November 3, 2023                                                                                         👥 Friend
**April brady**

Dear Rendell
It is with great pleasure to have known you. i will never forget you

Showing 1 - 1 of 1 results

# Make a Donation
## in Rendell Dews's name

Make a donat on to a mean ngfu cause n honor of your oved one Choose your organ zat on

Search by name, keyword, or E N

**Need inspiration? Search by cause.**

powe ed by ♥ Pledge

T us &Sa e y  Te  s  P vacy

# Memorial Events
## for Rendell Dews

To offer your sympathy during this difficult time, you can now have memorial trees planted in a National Forest in memory of your loved one.

**Funeral services provided by:**

Ronald Taylor II Funeral Home - Washington D.C.

1722 N. Capitol St. NW, Washington, DC 20002

📞 Call: (202) 882-2732

# People and places connected with Rendell



### Washington Obituaries
Washington, DC



### Dews Obituaries

**Recent Obituaries**

Jerome Chris Brooks

Cecilia Ann Cassidy

Miriam Chernin

Carolyn D. Croons

Milbert Alvin Crossland Sr.

**Recent Obituaries**

Bernice Dews

Colin DEWS

Lynne A. Dews

Ethel Ree Dews

Talley Lee Dews Sr.

## How to support Rendell's loved ones



**Attending a Funeral: What to Know**

Read more



**Should I Send Sympathy Flowers?**

Read more



Read more



**Poems of Mourning and Comfort**

Read more

View All

## Resources to help you cope with loss



### How to Write an Obituary

Need help writing an obituary? Here's a step-by-step guide...

Read more



### Obituaries, grief & privacy: Legacy's news editor on NPR podcast

Legacy's Linnea Crowther discusses how families talk about causes of death in the obituaries they write.

Read more



### Estate Settlement Guide

If you're in charge of handling the affairs for a recently deceased loved one, this guide offers a helpful checklist.

Read more



The Five Stages of Grief

They're not a map to follow, but simply a description of what people commonly feel.

Read more

View All

## Ways to honor Rendell Dews's life and legacy



**How to Write an Obituary**

Read more



**Obituary Examples**

Read more



**Obituary Templates**

Read more



**How Do I Write a Eulogy?**

Read more

View All

## Recent deaths in the news

Taraja Ramsess (1982–2023), stuntman in Black Panther

Read more

Cody Dorman (2005–2023), 17-year-old who bonded with a racehorse

Read more

Evan Ellingson (1988–2023), actor in CSI: Miami

Read more

Pat E. Johnson (1939–2023), Karate Kid choreographer

Read more

View All

## More ways to support the family

**Visit the Sympathy Shop**



Show your sympathy by sending flowers.



Plant a tree in memory of Rendell.

**Choose Your Tree**



Dedicate a star in Rendell's name.

**Name a Star**

Donate to charity in honor of Rendell.

**Make a Donation**



Contact Us | FAQ | Privacy Policy | Terms of Use

Legacy®

©2023 Legacy.com All rights reserved