# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RENDELL DEWS** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**UNITED STATES OF AMERICA** )<br>)<br>Defendant. )<br>_____ ) | Case No.: 20-2767 (CJN) |

## SUGGESTION OF DEATH

The undersigned hereby suggests the death of the Plaintiff, Rendell Dews.

Respectfully submitted,

*//s// Archie L. Rich, II*
Archie L. Rich, II, Esq.
LAWMD, CHTD.
1250 I Street, NW, Suite 903
Washington, DC  20005
arich@lawmd.com
(202) 529-9379
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY SERVED a copy of the foregoing Suggestion of Death by electronically filing it with the Court and emailing it to the parties listed below, on this 14th day of November 2023 through counsel:

Dedra Curteman, Esq.
Stephen DeGenaro, Esq.
Civil Division, U.S. Attorney's Office for the District of Columbia
555 Fourth Street, NW
Washington, D.C. 20530
dedra.curteman@usdoj.gov
stephen.degenaro@usdoj.gov
*Counsel for Defendant United States of America*

                                        *//s// Archie L. Rich, II*
                                        Archie L. Rich, II, Esq.
                                        *Counsel for Plaintiff*